Ranjan A. Lahiri (State Bar No. 232531)
rlahiri@wshblaw.com
Amanda A. Rasmussen (State Bar No. 351504)
arasmussen@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 W. Broadway, Suite 1200
San Diego, CA 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for 4PAWS PET SUPPLIES, INC. and SUNIL NAIDU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE PERFECT PART, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>4PAWS PET SUPPLIES, INC., a California corporation; SUNIL NAIDU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:23-CV-00103-MRA(DFMx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date:    None Set |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff THE PERFECT PART, INC. and Defendants 4PAWS PET SUPPLIES, INC. and SUNIL NAIDU completed court ordered mediation and have reached a settlement of the case. The Parties request that all pending motion hearings be taken off-calendar. The Parties anticipate that final settlement documentation and a stipulation regarding dismissal of this action will be filed no

later than 45 days from today.

DATED: February 7, 2025                WOOD, SMITH, HENNING & BERMAN LLP



By: ***/s/ Ranjan A. Lahiri***
    RANJAN A. LAHIRI
    AMANDA A. RASMUSSEN
Attorneys for 4PAWS PET SUPPLIES, INC. and SUNIL NAIDU

DATED: February 7, 2025                Law Offices of Mandana Jafarinejad, P.C.



By: ***/s/ Mandana Jafarinejad***
    MANDANA JAFARINEJAD
Attorneys for THE PERFECT PART, INC.

Pursuant to Local Rule L.R. 5-4.3.4, the filer attests that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

36561262.1:05472-1216

-2-

JOINT NOTICE OF SETTLEMENT

# PROOF OF SERVICE

**THE PERFECT PART, INC. v. 4PAWS PET SUPPLIES, INC.**
**Case No. 8:23-CV-00103-MRA(DFMx)**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On February 7, 2025, I served the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 7, 2025, at San Diego, California.

_/s/ Dianna Kimble_
Dianna Kimble

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

36561262.1:05472-1216

-1-
JOINT NOTICE OF SETTLEMENT

# SERVICE LIST
## THE PERFECT PART, INC. v. 4PAWS PET SUPPLIES, INC.
### Case No. 8:23-CV-00103-MRA(DFMx)

Mandana Jafarinejad, Esq. (SBN 273904)
Email: mandana@mjintellectualproperty.com
Law Offices of Mandana Jafarinejad, P.C.
1 Park Plaza, Suite 600
Irvine, California 92614
Telephone: (949) 833-7125
**Attorney for Plaintiff**